**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

THOMAS CLAPP,
Plaintiff,
-vs- CASE NO.: 8:20-CV-02227-VMC-AAS

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and SYNCHRONY BANK,
Defendants.
_______________________________/

## NOTICE OF SETTLEMENT

Plaintiff, Thomas Clapp, by and through the undersigned counsel, hereby notifies the Court that he and the remaining Defendants, Experian Information Solutions, Inc., Trans Union LLC, and Synchrony Bank have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court and furnished to all counsel of record by using the CM/ECF system on this 2nd of February, 2021.

*__/s/Frank H. Kerney, III, Esquire__*
Frank H. Kerney, III, Esquire
Florida Bar #: 88672
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
fkerney@forthepeople.com
mjones@forthepeople.com
*Counsel for Plaintiff*